UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No. |
| | : | |
| v. | : | 18 U.S.C. § 1951 (Hobbs Act Extortion by |
| | : | Wrongful Use of Force, Violence, or Fear) |
| **LOUIS GERI,** | : | |
| | : | 26 U.S.C. §§ 5845, 5861(d), and |
| Defendant. | : | 5871 (Possession of an Unregistered Firearm |
| | : | (Destructive Device)) |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

On or about October 5, 2025, in the District of Columbia, **LOUIS GERI**, did attempt to obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by extortion, as those terms are defined in Title 18, United States Code, section 1951, that is, **LOUIS GERI** attempted to obtain the property of the United States, with the United States' consent induced by the wrongful use of force, violence, and fear.

(**Hobbs Act Extortion by Wrongful Use of Force, Violence, or Fear**, in violation of Title 18, United States Code, Section 1951).

### COUNT TWO

On or about October 5, 2025, in the District of Columbia, **LOUIS GERI**, knowingly received and possessed one or more destructive devices, identified as:

- Evidence Item 4 – Glass vial with lid, rubber band, foil and debris;

- Evidence Item 5 – Glass vial with lid, rubber band, foil and debris;

- Evidence Item 6 – Glass vial with lid, rubber band, foil and debris;

- Evidence Item 7 – Glass vial with lid, rubber band, foil and debris;

- Evidence Item 8 – Glass vial with lid, rubber band, foil and debris; and

- Evidence Item 9 – Glass vial with lid, rubber band, foil and debris,

which are firearms as defined in Title 26, United States Code, Section 5845, not registered to him in the National Firearms Registration and Transfer Record.

(**Possession of an Unregistered Firearm (Destructive Device)**, in violation of Title 26, United States Code, Sections 5845, 5861(d), and 5871)

                Respectfully Submitted,

                Jeanine Ferris Pirro
                United States Attorney

By:    */s/ Joshua Satter*
        JOSHUA SATTER
        Assistant United States Attorney
        United States Attorney's Office
        601 D Street, N.W.
        Washington, D.C. 20530
        Telephone: (202) 834-4516
        Email: Josh.Satter@usdoj.gov